Law Offices
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
602-631-4400
602-631-4404
vorze@hinshawlaw.com

Victoria L. Orze (11413)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Eileen Brumfield, | ) No. CV 10-728-TUC-FRZ (DTF) |
|---|---|
| Plaintiff, | ) **STIPULATION FOR** |
| vs. | ) **DISMISSAL WITHOUT PREJUDICE** |
| Bursey & Associates, P.C., et al., | ) |
| Defendant. | ) |

The parties, through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal of this matter, all parties to bear their own costs and attorneys' fees.

DATED this 25th day of February, 2011.

DENEAU LAW FIRM PLLC

/s/ Kendra Ann Deneau
*with authority*
Kindra Ann Deneau
Attorneys for Plaintiff

HINSHAW & CULBERTSON LLP

/s/ Victoria L. Orze
Victoria L. Orze
Attorneys for Defendant

23039099v1 0919734 59238